IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHANDLER MOORE and MOWORKS LLC,** | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:25-cv-5635 |
| v. | ) ) |
| **NORMAN GYAMFI, INSIGNIA HOLDING COMPANY, INSIGNIA ASSETS, LLC, TRIBL PUBLISHING INC., TRIBL RECORDS, LLC, MAVERICK CITY MUSIC, INC., And MAVERICK CITY MUSIC PUBLISHING, LLC,** | ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| **MAVERICK CITY MUSIC, INC. and MAVERICK CITY PUBLISHING, LLC,** | ) ) ) ) |
| Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| **CHANDLER MOORE,** | ) ) |
| Counter-Defendant. | ) |

**COUNTERCLAIM AGAINST PLAINTIFF CHANDLER MOORE BY DEFENDANT MAVERICK CITY MUSIC, INC. AND <u>MAVERICK CITY MUSIC PUBLISHING, LLC</u>**

1

Defendants and Counter-Plaintiffs Maverick City Music, Inc. ("Maverick City Music") and Maverick City Music Publishing LLC ("Maverick City Publishing" and together, "Maverick City") file this Counterclaim against Plaintiff and Counter-Defendant Chandler Moore ("Moore") for breach of the *Exclusive Songwriting Co-Publishing Agreement* ("Publishing Agreement").

## THE PARTIES

1. Plaintiff and Counter-Defendant Chandler Moore is a Texas citizen and resident. Moore is already a party to this case and has appeared through counsel.

2. Defendant and Counter-Plaintiff Maverick City Music, Inc. is a Georgia corporation having its principal place of business at 2411 Player Ct. Duluth, GA 30096.

3. Defendant and Counter-Plaintiff Maverick City Music Publishing, Inc. is a Delaware limited liability company subject to service of process through its registered agent, the Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over Defendants' counterclaim pursuant to 28 U.S.C. §1332(a), based on the diversity of citizenship of the parties as described above and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper in this Court because the facts giving rise to this counter-claim arise in substantial part in the Northern District of Georgia and because claims arising out of the Publishing Agreement arise out of the transaction at issue in Moore's Complaint pursuant to Federal Rule of Civil Procedure 13.

## FACTUAL BACKGROUND

6. Moore is a songwriter and performer specializing in gospel music.

7. Maverick City is a successful and well known music publisher with extensive experience marketing, publishing, licensing, and promoting gospel music like Moore's.

8. Moore and Maverick City entered the Publishing Agreement on January 1, 2022. A true and correct copy of the Publishing Agreement is attached as **Exhibit A**.

9. The Publishing Agreement is a contract that created shared ownership of music compositions written by Moore in exchange for royalties, advances, and Maverick City's resources in promotion and licensing of Moore's new and original songs (the "Compositions").

10. Among other obligations, under the Publishing Agreement Moore agreed to render his exclusive services as a songwriter to Maverick City during the term. Critical to Moore's duties, Moore agreed to a "Minimum Delivery Obligation" of "no less than **twelve (12)** new and original Compositions of marketable

commercial quality composed and written in their entirety by [Moore] during each Contract Period." Publishing Agreement ¶ 9.1.

11. Moore further committed not to commit any act or do anything that shall be an offense of moral turpitude, including acts of sexual immorality or use of drugs. This clause is particularly important where, as here, Moore and Maverick City promote Christian and gospel music and to share in the messages and beliefs attributable to their faith. Acts of moral turpitude, including allegations of sexual misconduct, not only harm all parties' reputations but interfere with Maverick City's purpose. During the Term, Maverick City was repeatedly informed Moore had affairs or engaged in extramarital sexual acts and Maverick City suffered reputational damages as a result.

12. Moore further agreed to render his "exclusive services as a songwriter and Writer" and that he "[would] not write or compose, or furnish or dispose of any Composition, titles, lyrics, or music . . . for or to any person, firm or corporation other than Publisher." Publishing Agreement ¶ 3. Nevertheless, Moore breached his obligations by frequently rendering his services as a songwriter and Writer and writing and composing Compositions with and for other musical groups throughout the Term.

13. Maverick City performed in full under the Publishing Agreement, advancing Moore $250,000 and paying Moore more than $1,000,000 over the life of the Publishing Agreement.

14. Moore breached his obligations under the Publishing Agreement by failing to deliver twelve new and original Compositions of marketable commercial quality during the initial term of the contract. Moore delivered only five complete marketable Compositions during the Term—missing both his total Minimum Delivery Obligation and the requirements to deliver at least six songs in the first six months of the Term. *See* Publishing Agreement ¶ 9.1.

15. As a result of Moore's breaches, Maverick City was damaged by overpaying Moore under the Publishing Agreement and failing to receive the Compositions promised. Maverick City not only lost the money that it overpaid to Moore but it lost future revenue streams through co-ownership of less than twelve Compositions.

## CLAIMS FOR RELIEF

### COUNT I
### (Breach of Contract)

16. This paragraph incorporates all preceding paragraphs.

17. The Publishing Agreement is a valid enforceable contract between Moore and Maverick City.

18. Maverick City performed in full and satisfied all conditions under the Publishing Agreement.

19. Moore was obligated to deliver twelve Compositions but only delivered five. In failing to produce his Minimum Delivery Obligation, Moore breached the Publishing Agreement. Moore further breached by committing acts of moral turpitude which caused reputational damage to Maverick City and by refusing to comply with his obligations to render his "exclusive" services as a songwriter to Maverick City.

20. Moore's breach of the Publishing Agreement has caused Maverick City substantial damages which continue to accrue.

21. Moore further agreed under the Publishing Agreement to "indemnify, save, and hold [Maverick City] harmless from any loss or damage (including attorneys' fees and court costs) arising out of or connected with any breach, default, or alleged breach or default by [Moore]." Publishing Agreement ¶ 14.2.

22. Maverick City asserts damages for (a) overpayment to Moore; (b) damages caused by Moore's breach and failure to deliver Compositions; (c) reputational and consequential damages as a result of Moore's affairs; and (d) attorneys' fees and court costs.

## **PRAYER FOR RELIEF**

Maverick City prays that Plaintiffs take nothing by their Complaint and that judgment be entered on behalf of Defendants.

Maverick City further prays that, upon final determination of their counter-claims, they be awarded monetary relief requested herein, attorneys fees, pre- and post-judgment interest as permitted by law, expenses and costs of Court, and all other relief, at law or in equity, to which they may be justly entitled.

Respectfully Submitted,

REED SMITH LLP

  /s/ *Adria Perez*
Adria Perez
Georgia Bar No. 141306
Reed Smith LLP
999 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30339
(470) 947-5800

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 13th day of November, 2025.

                                                /s/ *Adria Perez*
                                                Adria Perez

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2025, a copy of the foregoing **COUNTERCLAIM AGAINST PLAINTIFF CHANDLER MOORE BY DEFENDANT MAVERICK CITY MUSIC, INC. AND MAVERICK CITY PUBLISHING, LLC** was electronically filed with the Clerk of the United States District Court for the Northern District of Georgia using the CM/ECF system, and that the same was served via the CM/ECF system to counsel of record:

Anne H. Baroody
Promenade Tower
1230 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
abaroody@bradley.com

Samuel D. Lipshie
Charles E. Elder
Dawn M. Jackson
1221 Broadway, Suite 2400
Nashville, TN 37203
slipshie@bradley.com
celder@bradley.com
djackson@bradley.com
*Counsel for Plaintiffs Chandler Moore and MoWorks, LLC*

                                          /s/ *Adria Perez*
                                          Adria Perez