## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **CHANDLER MOORE and** | ) | |
| **MOWORKS LLC**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:25-cv-5635 |
| v. | ) | |
| | ) | |
| **NORMAN GYAMFI, INSIGNIA** | ) | |
| **HOLDING COMPANY, INSIGNIA** | ) | |
| **ASSETS, LLC, TRIBL PUBLISHING** | ) | |
| **INC., TRIBL RECORDS, LLC,** | ) | |
| **MAVERICK CITY MUSIC, INC.,** | ) | |
| **And MAVERICK CITY MUSIC** | ) | |
| **PUBLISHING, LLC**, | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| **MAVERICK CITY MUSIC, INC. and** | ) | |
| **MAVERICK CITY PUBLISHING,** | ) | |
| **LLC,** | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CHANDLER MOORE,** | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| _____ | ) | |

|  |  |
|---|---|
| **TRIBL MUSIC GROUP, LLC,** | ) |
|  | ) |
|  | ) |
| Intervenor, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **CHANDLER MOORE and** | ) |
| **MOWORKS LLC,** | ) |
|  | ) |
| Counter-Defendants. | ) |
| _____ | ) |

## <u>TRIBL MUSIC GROUP, LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Intervenor Tribl Music Group, LLC ("<u>Tribl Music Group</u>") moves this Court for the entry of a Temporary Restraining Order and Preliminary Injunction enjoining Plaintiffs and Counter-Defendants Chandler Moore and Moworks LLC (collectively, "<u>Plaintiffs</u>") from (i) releasing, authorizing, or distributing any recordings or Compositions (as the term is defined in the papers) by Moore without Tribl Music Group's authorization—including the planned release on or about January 30, 2026, of the solo version of "God I'm Just Grateful;" (ii) providing, delivering, or causing delivery of any recordings or Compositions, or related metadata, artwork, or marketing assets to any distributor, label, or digital service provider, other than Tribl Music Group; and/or (iii) taking any steps to evade Tribl Music Group's exclusive

license under the Deal Memo pending adjudication of the underlying claims, counter-claims and cross-claims in this litigation.

Absent immediate injunctive relief, Plaintiffs will irreversibly violate Tribl Music Group's bargained-for right to control the first release, timing, and coordinated exploitation of Moore's recordings. Once the planned release occurs, that harm cannot be undone by later judicial relief, including monetary damages.

Accordingly, Tribl Music Group respectfully requests that the Court:

1.    Enter a Temporary Restraining Order immediately enjoining Plaintiffs from:

   a.    releasing, authorizing, or distributing any recordings or Compositions by Moore, including the planned release on or about January 30, 2026, of the solo version of "God I'm Just Grateful," without prior written authorization from Tribl Music Group;

   b.    providing, delivering, or causing delivery of any recordings, Compositions, or related metadata, artwork, or marketing assets to any distributor, label, or digital service provider, other than Tribl Music Group, and/or

   c.    taking any steps to circumvent, evade, or impair Tribl Music Group's exclusive rights and license granted under the Deal Memo.

2.    Schedule a hearing on the issuance of a Preliminary Injunction enjoining Plaintiffs during the pendency of this litigation from:

   a.    releasing, authorizing, or distributing any recordings or Compositions by Moore, including the planned release on or about January 30, 2026, of the solo version of "God I'm Just Grateful," without Tribl Music Groups' authorization; providing,

delivering, or causing delivery of any recordings, Compositions, or related metadata, artwork, or marketing assets to any distributor, label, or digital service provider, other than Tribl Music Group, and/or

b.   taking any steps to evade Tribl Music Group's license granted under the Deal Memo.

3.   Grant such other and further relief, including waiver or the setting of a nominal bond pursuant to Rule 65(c), as the Court deems just and proper.

Respectfully Submitted,

REED SMITH LLP

/s/ *Adria Perez*
Adria Perez
Georgia Bar No. 141306
Reed Smith LLP
999 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30339
(470) 947-5800

*Attorneys for Tribl Music Group, LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 27st day of January, 2026.

<u>/s/ *Adria Perez*</u>
Adria Perez

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27st day of January, 2026, a copy of the foregoing **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** was electronically filed with the Clerk of the United States District Court for the Northern District of Georgia using the CM/ECF system, and that the same was served via the CM/ECF system to counsel of record:

Anne H. Baroody
Promenade Tower
1230 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
abaroody@bradley.com

Samuel D. Lipshie
Charles E. Elder
Dawn M. Jackson
1221 Broadway, Suite 2400
Nashville, TN 37203
slipshie@bradley.com
celder@bradley.com
djackson@bradley.com
*Counsel for Plaintiffs Chandler Moore and
MoWorks, LLC*


                              /s/ *Adria Perez*
                              Adria Perez