# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CHANDLER MOORE and MOWORKS LLC,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:25-cv-5635 |
| v. ) | |
| ) | |
| **NORMAN GYAMFI, INSIGNIA HOLDING COMPANY, INSIGNIA ASSETS, LLC, TRIBL PUBLISHING INC., TRIBL RECORDS, LLC, MAVERICK CITY MUSIC, INC., And MAVERICK CITY MUSIC PUBLISHING, LLC,** ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| **MAVERICK CITY MUSIC, INC. and MAVERICK CITY PUBLISHING, LLC,** ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **CHANDLER MOORE,** ) | |
| ) | |
| Counter-Defendant. ) | |
| _____ ) | |

|  |  |
|---|---|
| **TRIBL MUSIC GROUP, LLC,** | ) |
|  | ) |
| Intervenor, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **CHANDLER MOORE and MOWORKS LLC,** | ) |
|  | ) |
| Counter-Defendants. | ) |
| _____ | ) |

## TRIBL PUBLISHING INC. AND TRIBL RECORDS, LLC,'s CONDITIONAL JOINDER TO TRIBL MUSIC GROUP, LLC'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Tribl Publishing Inc. and Tribl Records, LLC (together "Tribl Defendants") submit this *Conditional Joinder to Tribl Music Group, LLC's Motion For A Temporary Restraining Order And Preliminary Injunction* ("Conditional Joinder"). Without waiver of the positions and arguments set forth in Defendants' *Motion to Dismiss Counts I, II, IV, V, VII, and VIII of Plaintiffs' Complaint* ("Motion to Dismiss") (ECF No. 22)—including, without limitation, that the Tribl Defendants are non-parties to the Deal Memo (as defined therein)—to the extent that the Court determines that the Tribl Defendants have rights or obligations under the Deal Memo, the Tribl Defendants join intervening-plaintiff Tribl Music Group LLC's

*Motion For A Temporary Restraining Order And Preliminary Injunction* (ECF No. 45).

Dated: January 27, 2026

Respectfully Submitted,

REED SMITH LLP

   /s/ *Adria Perez*
Adria Perez
Georgia Bar No. 141306
Reed Smith LLP
999 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30339
(470) 947-5800

*Attorneys for Tribl Publishing Inc. and Tribl Records, LLC*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 27th day of January, 2026.

                                         /s/ *Adria Perez*
                                         Adria Perez

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2026, a copy of the foregoing **MOTION FOR INTERVENTION** was electronically filed with the Clerk of the United States District Court for the Northern District of Georgia using the CM/ECF system, and that the same was served via the CM/ECF system to counsel of record:

Anne H. Baroody
Promenade Tower
1230 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
abaroody@bradley.com

Samuel D. Lipshie
Charles E. Elder
Dawn M. Jackson
1221 Broadway, Suite 2400
Nashville, TN 37203
slipshie@bradley.com
celder@bradley.com
djackson@bradley.com
*Counsel for Plaintiffs Chandler Moore and MoWorks, LLC*

                                        /s/ *Adria Perez*
                                        Adria Perez