IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHANDLER MOORE and MOWORKS LLC,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**NORMAN GYAMFI, INSIGNIA HOLDING COMPANY, INSIGNIA ASSETS, LLC, TRIBL PUBLISHING INC., TRIBL RECORDS, LLC, MAVERICK CITY MUSIC, INC., AND MAVERICK CITY MUSIC PUBLISHING LLC,** )<br>)<br>**Defendants.** )<br>) | **Civil Action File No.**<br>**1:25-CV-05635-SEG** |

## PLAINTIFFS' STATEMENT REGARDING MOTION TO INTERVENE

An entity called "Tribl Music Group, LLC" (the "LLC") has filed a memorandum in support of a motion to intervene (Dkt. 44) and a proposed complaint in intervention (Dkt. 44-1), claiming to be the real party in interest and counter-party to the "Deal Memo" with Plaintiff Chandler Moore (*see* Dkt. 1-1). This was news to Mr. Moore, who until recently had never been aware of the LLC's existence. Mr. Moore so affirms in his declaration (Dkt. 52-1, at ¶ 7) in opposition to the LLC's

motion for a temporary restraining order ("TRO") and preliminary injunction (Dkt. 45), which was conditionally joined by the defendant entities whom Moore previously understood to hold themselves out collectively as "Tribl Music Group" (Dkt. 47).

Whether or not the LLC is, in fact, the counter-party to the Deal Memo will require some discovery. Plaintiffs do not at this time admit, stipulate, or otherwise concede the LLC's allegation on that issue.

In light of the LLC's claim, however, and to facilitate the efficient resolution of the TRO motion immediately before the Court and scheduled for hearing on February 4, 2026, Plaintiffs do not object to the LLC's limited intervention solely for the purpose of the TRO motion. Plaintiffs respectfully request, however, the opportunity to take preliminary discovery regarding the LLC's role (or lack thereof) in the Deal Memo before fully responding to the LLC's motion for intervention or the proposed complaint in intervention.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS, LLP

/s/ *Anne H. Baroody*
Anne H. Baroody
Georgia Bar No. 475569
Promenade Tower

1230 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
Tel: 404-868-2100
Fax: 404-522-8409
abaroody@bradley.com

Samuel D. Lipshie (*admitted pro hac vice*)
Charles E. Elder (*admitted pro hac vice*)
Dawn M. Jackson (*admitted pro hac vice*)
1221 Broadway, Suite 2400
Nashville, TN 37203
Tel: 615-244-2582
Fax: 615-252-6380
slipshie@bradley.com
celder@bradley.com
djackson@bradley.com

*Counsel for Plaintiffs Chandler Moore and MoWorks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2026, I have electronically filed with the Clerk of the United States District Court for the Northern District of Georgia and served via the CM/ECF system a copy of the foregoing **PLAINTIFFS' STATEMENT REGARDING MOTION TO INTERVENE** to the following attorneys of record:

> Adria Perez
> London England
> REED SMITH LLP
> 999 Peachtree Street NE
> Suite 2500
> Atlanta, Georgia 30339
> aperez@reedsmith.com
>
> Alyssa Florence Conn
> Steven Cooper
> REED SMITH LLP – NY
> 599 Lexington Avenue, 22nd Floor
> New York, New York 10022
> aconn@reedsmith.com
> scooper@reedsmith.com
> *Attorney for Defendants*

This 3rd day of February, 2026.

By: /s/ Anne H. Baroody